**Nathaniel GRIGGS, Petitioner–Appellant,**

v.

**WARDEN, et al., Respondents, Commissioner, Georgia Department of Corrections, Warden, Respondents–Appellees.**

No. 14–10737

Non–Argument Calendar.

United States Court of Appeals, Eleventh Circuit.

Jan. 28, 2015.

Nathaniel Griggs, Abbevillle, GA, pro se.

Katherine Lee Iannuzzi, Samuel Scott Olens, Paula Khristian Smith, Georgia Department of Law, Atlanta, GA, for Respondents–Appellees.

Before TJOFLAT, WILSON, and EDMONDSON, Circuit Judges.

PER CURIAM:

Nathaniel Griggs appeals the dismissal of his pro se 28 U.S.C. § 2254 petition raising four claims of ineffective assistance of appellate counsel. Given our instructions set out in *Clisby v. Jones,* 960 F.2d 925 (11th Cir.1992), the district court committed a *Clisby* error by not addressing two ineffective assistance claims raised in an amendment to Griggs's petition. Accordingly, we vacate the dismissal of Griggs's petition, without prejudice, and remand for further proceedings.

**VACATED AND REMANDED.**